JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEQUIEL PAREDES, JR., <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE US, INC., et al., <br><br> Defendants. | Case No. CV 23-1536-GW-JCx <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to the Stipulation of the parties under the Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), it is Ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action and parties with each party to bear its own fees and costs. The clerk is directed to close the file.

IT IS SO ORDERED.

Dated: February 29, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE